419 A.2d 184

Commonwealth v. Weinraub, Appellant.

Submitted December 8, 1978.  Gary A. Delafield, Public Defender, for appellant;  Lee G. Nollau, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.

July 11, 1979.

419 A.2d 185

Commonwealth v. Mazur, Appellant.

Submitted April 11, 1979.  Elmer S. Beatty, Jr., for appellant;  Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.